IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RAYBORN J. DURAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:16CV86 |
| | ) | |
| ANTHONY G. CHARLES, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on December 30, 2016, was served on the parties in this action. (ECF Nos. 22, 23.) No objections were filed within the time prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED AND ADJUDGED that the Motion to Dismiss (ECF No. 12) is **DENIED**.

This, the 26th day of January, 2017.

                                                  /s/ Loretta C. Biggs
                                        United States District Judge